IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04163-TPO

RANDI RONALDO HERNANDEZ MURILLO,

      Petitioner,

v.

DAWN CEJA,
Warden, Denver Contract Detention Facility (Aurora);
ACTING DIRECTOR OF DENVER FIELD OFFICE,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
MARKWAYNE MULLIN,
Secretary, U.S. Department of Homeland Security;
TODD BLANCHE,
Acting U.S. Attorney General; and
TODD M. LYONS,
Acting Director, U.S. Immigration and
Customs Enforcement,

in their official capacities,

      Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 9, 2026.**

On March 9, 2026, this Court granted Petitioner's habeas corpus petition [ECF 16], and the Parties later filed their Joint Status Report [ECF 17] reporting that Petitioner was released from custody on March 13, 2026.

The Clerk of Court is directed to **close** this case and enter Final Judgment in Petitioner's favor.